IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| SANTIAGO MONTANO, NORMA MONTANO, JESUS MONTANO and MARIA MONTANO, Heirs of MONCERRAT MONTANO, Deceased,  )<br><br>Plaintiffs,  )<br>v.  )<br>  )<br>PATRICIA A. MAHONEY, M.D.; and  )<br>WESTERN PLAINS REGIONAL HOSPITAL, LLC,  )<br>D/B/A WESTERN PLAINS MEDICAL COMPLEX,  )<br>  )<br>Defendants.  )<br>_____)  | Case No. |

## **COMPLAINT**

COME NOW the plaintiffs and for their complaint against the defendants Patricia A. Mahoney, M.D. and Western Plains Regional Hospital, LLC, d/b/a Western Plains Medical Complex, allege and state:

1. This Court has jurisdiction of the parties and subject matter by virtue of diversity of citizenship pursuant to 28 U.S.C. 1332.

## **PARTIES**

2. The plaintiffs are residents of the State of Kansas.

3. The defendant Patricia A. Mahoney, M.D. is a resident of the State of Ohio and was, at all times material hereto, a health care provider, licensed and practicing in Dodge City, Ford County, Kansas.

4.  The defendant Western Plains Regional Hospital, LLC, d/b/a Western Plains Medical Complex, (hereinafter Western Plains) and has its corporate offices in Tennessee and is authorized in Kansas as a foreign limited liability company to conduct business in the state.

## FACTUAL ALLEGATIONS

5.  At all times material hereto, a physician-patient relationship existed between the decedent Moncerrat Montano and defendant Patricia A. Mahoney, M.D. herein and Western Plains provided care and treatment to decedent.

6.  On or about May 9 and May 10, 2013, the defendant Patricia A. Mahoney, M.D., provided medical care and treatment for decedent Moncerrat Montano at Western Plains in Dodge City, Kansas.

7.  In the care and treatment provided, the defendant Patricia A. Mahoney, M.D. performed surgery and caused a hole in the decedent's bowel and failed to diagnose or correct the hole in the bowel.  Said defendant departed from the standard of care required of physicians providing such care and treatment and further performed the same in a negligent manner.

8.  Nurse employees of defendant Western Plains failed to provide to decedent appropriate postoperative discharge instructions and were negligent because they ignored patient's complaints of pain and ill feeling postoperatively.  In the course of the treatment for decedent Moncerrat Montano, defendant Western Plains' employees departed from the appropriate standard of nursing care and treatment and were negligent.

## DAMAGES

10.  As a direct and proximate cause of defendants' negligence the plaintiff Santiago Montano on behalf of himself as the husband of the decedent Moncerrat Montano and the plaintiffs

Norma Montano, Jesus Montano and Maria Montano, decedent's adult children and heirs-at-law, have suffered damages as a result of the wrongful death of Moncerrat Montano including, but not limited to, medical expenses, pain, suffering and bereavement, funeral expenses, loss of income and other economic loss and loss of essential services in an amount in excess of $75,000.00.

WHEREFORE, plaintiffs pray for judgment against each of the defendants in excess of Seventy-five Thousand Dollars ($75,000.00), for costs, and such other and further relief as the Court deems just and proper.

                                              s/Craig Shultz
                                              Craig Shultz, SC# 09731
                                              Shultz Law Office, P.A.
                                              445 N. Waco
                                              Wichita, KS 67202
                                              Telephone: (316) 269-2284
                                              Fax: (316) 269-2011
                                              E-mail: craig@shultzlaw.net
                                              *Attorneys for Plaintiffs*

### REQUEST FOR JURY TRIAL AND DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiffs, Santiago Montano, Norma Montano, Jesus Montano and Maria Montano, Heirs of Moncerrat Montano, Deceased, and hereby demands trial by jury of the above captioned matter and that the trial of this action be held in Wichita, Kansas.

                                              s/Craig Shultz
                                              Craig Shultz, SC # 09731
                                              *Attorneys for Plaintiffs*