IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| SANTIAGO MONTANO, NORMA MONTANO, JESUS MONTANO and MARIA MONTANO, Heirs of MONCERRAT MONTANO, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA A. MAHONEY, M.D.; and WESTERN PLAINS REGIONAL HOSPITAL, LLC, D/B/A WESTERN PLAINS MEDICAL COMPLEX,<br><br>Defendants. | Case No. 15-cv-01141-EFM-GLR |

## NOTICE OF DISMISSAL

COME NOW the plaintiffs, Santiago Montano, Norma Montano, Jesus Montano and Maria Montano, Heirs of Moncerrat Montano, Deceased, by and through their undersigned counsel, and provide notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that they are dismissing, with prejudice, the claim against defendants Patricia A. Mahoney, M.D., and Western Plains Regional Hospital, LLC, d/b/a Western Plains Medical Complex.

s/ Craig Shultz
Craig Shultz, SC# 09731
Shultz Law Office, P.A.
445 N. Waco
Wichita, KS 67202
Telephone: (316) 269-2284
Fax: (316) 269-2011
E-mail: craig@shultzlaw.net
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

 I hereby certify that on September 2, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this case.

 I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

               s/ Craig Shultz
               Craig Shultz